UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61234-CIV-DAMIAN

RAY ROMERO BOSCAN,

      Petitioner,

v.

TODD BLANCHE, *et al.*,

      Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

**THIS CAUSE** is before the Court on Petitioner, Ray Romero Boscan's ("Petitioner"), Petition For Writ Of Habeas Corpus (the "Petition") [ECF No. 1], filed on April 27, 2026, and upon Respondents' Motion to Dismiss as Moot ("Motion") [ECF No. 6], filed on May 17, 2026.

THE COURT has considered the Petition, the Motion, the pertinent portions of the record, the relevant authorities, and is otherwise fully advised.

In the Petition, the Petitioner requests a bond hearing or immediate release. *See* Pet. at 5-7. Respondents filed a Response to the Petition on May 7, 2026, in which they argued that the Petition was premature and that this Court does not have jurisdiction to address the issues raised in the Petition. Petitioner did not file a Reply. However, while the Petition was pending, on May 17, 2026, Respondents filed the Motion to Dismiss in which they explain that Petitioner was removed to Mexico on May 15, 2026, and, therefore, that the relief requested in the Petition is moot.

Petitioner has not responded to the Motion, and the time to do so has passed. *See* S.D. Fla. L.R. 7.1(c)(1) ("For all motions . . . each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion."); *see also* Order Requiring Expedited Response to Motion to Dismiss [ECF No. 7] (requiring response from Petitioner by May 29, 2026).

A petitioner's removal from the United States renders his or her immigration habeas petition moot. *See Soliman v. INS*, 296 F.3d 1237, 1243-44 (11th Cir. 2002). When that occurs, dismissal is required because mootness is jurisdictional. *See id.* at 1242 (citing *Al Najjar v. Ashcroft*, 273. F.3d 1330, 1335 (11th Cir. 2001)). Here, because Petitioner has been removed, there is no active case or controversy. Therefore, this Court agrees with the Respondents that the Petition should be dismissed as moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Respondents' Motion **[ECF No. 6]** is **GRANTED**.

2. The Petition **[ECF No. 1]** is **DISMISSED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, on this 9th day of June, 2026.

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**